# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
FirstChoice (Group) America LLC ) ASBCA No. 61938
)
Under Contract No. W912QR-18-P-0144 )

APPEARANCE FOR THE APPELLANT: Mr. Suresh Jagtiani
                               Chief Executive Officer

APPEARANCES FOR THE GOVERNMENT: Michael P. Goodman, Esq.
                                 Engineer Chief Trial Attorney
                                Carlton A. Arnold, Esq.
                                 Engineer Trial Attorney
                                 U.S. Army Engineer District, Louisville

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: March 12, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61938, Appeal of FirstChoice (Group) America LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals